UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FLAGSHIP LAKE COUNTY DEVELOPMENT
NUMBER 5, LLC, a Florida Limited Liability
Company,

    Plaintiff,

v.   Case No. 5:12-cv-188-Oc-10TBS

CITY OF MASCOTTE, FLORIDA, JEFF
KRULL, BRENDA BRASHER, BARBARA
KRULL, TONY ROSADO, STEPHEN
ELMORE,

    Defendants.

ORDER

Pending before the Court is Plaintiff's Unopposed Motion for Enlargement of Time to Respond to Defendants' Motion to Dismiss or to File Amended Complaint (Doc. 6). Pursuant to Local Rule 3.01(g), counsel for Plaintiff represents that the Defendants' attorney has been contacted and has no objection to the requested extension of time. Upon due consideration, Plaintiff's motion is hereby GRANTED, and Plaintiff shall have through May 21, 2012 within to respond to Defendants' Motion to Dismiss Plaintiff's Complaint and Incorporated Memorandum of Law (Doc. 3).

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on May 7, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel